

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Damon Schexnider, Appellant

No. 06-20-00003-CV          v.

E-Cig Central, LLC; LG Chem, Ltd.;
Shenzhen IMR Technology Co., Ltd.; and
Shenzhen Fest Technology Co., Ltd.,
Appellees

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2018-2259-CCL2).  Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the order of the court below.  While we affirm the trial court's order granting the special appearance of LG Chem, Ltd., and dismissing Appellant's claims against LG Chem, Ltd., we modify the trial court's order to reflect that the dismissal was without prejudice  As modified, the trial court's order is affirmed.

We further order that the appellant, Damon Schexnider, pay all costs of this appeal.

RENDERED NOVEMBER 25, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk